AO 442

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 15 2018
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES OF AMERICA

v.

Miguel Angel Marquez-Martinez

WARRANT FOR ARREST

Case Number: 16-cr-00813-H

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Miguel Angel Marquez-Martinez_
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

DATE: 08/13/2018
ARRESTED BY: FOUND IN CUSTODY
HOUSTON - FDC
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: DUSM
J. GUERRERO

2018 AUG 10 AM [illegible]
RECEIVED
U.S. MARSHALS-S/CA

In violation of Title _See Above_ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ L. Cervantes  [signature] L. Cervantes
Signature of Deputy

8/10/2018; San Diego, CA
Date and Location

Bail fixed at $ _No Bail_  by  _The Honorable Marilyn L. Huff_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |