Martin G. Molina, Calif. Bar No. 176934
LAW OFFICE OF MARTIN G. MOLINA
185 West "F" Street
Suite 100
San Diego, California 92101
Telephone: (619) 232-0620
Facsimile: (619) 234-5322
mmolinaesq@outlook.com

CJA Attorney for Defendant
MIGUEL ANGEL MARQUEZ-MARTINEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William V. Gallo)

| UNITED STATES OF AMERICA, | ) CASE NO. 16 CR 813-H |
|---|---|
| Plaintiff, | ) |
| | ) **Unopposed Motion for Discovery** |
| | ) **of Records Relevant to** |
| vs. | ) **Allegations in Petition for** |
| | ) **Revocation of Supervised Release** |
| MIGUEL ANGEL MARQUEZ-MARTINEZ, | ) |
| Defendant. | ) |

   COMES NOW the defendant, MIGUEL ANGEL MARQUEZ-MARTINEZ by and through his counsel of record, Martin G. Molina, and hereby requests this Court to order United States Probation to produce all records relevant to the allegations of non-compliance. The United States does not oppose this motion.

   Specifically, the defense requests (1) all records of attendance to drug treatment counseling at Career and Recovery Resources, Inc. during the months of June and July

1                                                          16 CR 813-H

of 2018; and (2) all records of submissions to drug testing at Career and Recovery Resources, Inc. and at the halfway house during the months of June and July of 2018. These records are relevant to the case as the allegations charge the defendant with failing to comply with drug testing requirements and with failing to attend drug treatment counseling on a number of specified dates.

Dated: September 10, 2018              Respectfully submitted,
                                       LAW OFFICE OF MARTIN G. MOLINA



                                       By: /s/ Martin G. Molina
                                       Martin G. Molina
                                       mmolinaesq@outlook.com
                                       CJA Attorney for Defendant
                                       MIGUEL ANGEL MARQUEZ-MARTINEZ